**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6870**

STEVE C. CHADWICK,

Plaintiff - Appellant,

v.

RICHARD J. GRAHAM, JR.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:19-cv-00596-RDB)

Submitted:  September 24, 2019                    Decided:  September 27, 2019

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Remanded by unpublished per curiam opinion.

Steve Carl Chadwick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve C. Chadwick seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. Chadwick argued in his notice of appeal, and the record suggests, that he did not receive timely notice of the entry of the district court's dismissal order. *See* Fed. R. App. P. 4(a)(6)(A). Because the 30-day appeal period is jurisdictional, *Bowles v. Russell*, 551 U.S. 205, 214 (2007), we remand the case for the limited purpose of allowing the district court to determine whether to reopen the time to file an appeal pursuant to Fed. R. App. P. 4(a)(6). The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*